# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-51078
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 23, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LORENZO SOLIS-MARQUEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:13-CR-1741-1

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Lorenzo Solis-Marquez (Solis) appeals his 12-month sentence but not his conviction for illegally reentering the United States. Solis has been released from custody and removed from the United States. Because there is no longer any relief we can grant him, his appeal is DISMISSED AS MOOT. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.